UNITED STATES BANKRTUPCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | Case No. 6:15-bk-05642-CCJ |
| | Chapter 11 |
| BANKERS' BANCORPORATION OF FLORIDA, INC. | |
| Debtor. | |

## NOTICE OF CANCELLATION OF AUCTION

The Debtor Bankers Bancorporation of Florida, Inc. (the "Debtor") in accordance with the Order Approving Bid Procedures [Docket No.34] provides notice that it has not received any additional bids and that the proposed auction originally scheduled for Monday, August 17, 2015 is cancelled. The Debtor will seek approval of the transactions as set forth in the Sale Motion [Docket No. 2] at the time of the sale hearing, Wednesday, August 19, 2015 at 9:30 am.

Dated: August 14, 2015

Bankers Bancorporation of Florida, Inc.

By its attorneys,

/s/ Ryan E. Davis
Ryan E. Davis
Florida Bar No. 0179851
Winderweedle, Haines, Ward & Woodman, P.A.
390 N. Orange Avenue
Orlando, FL  32801
(407) 246-8685
rdavis@whww.com

Peter J. Haley
peter.haley@nelsonmullins.com
J. Brennan Ryan
brennan.ryan@nelsonmullins.com

Nelson Mullins Riley & Scarborough LLP
One Post Office Square
Boston, MA 02109
617-573-4714

*Counsel for the
Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2015, a true and correct copy of the foregoing has been furnished via:

*CM/ECF to:*

United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801


*US Mail to:*

Bankers' Bancorporation of Florida, Inc., 615 Crescent Executive Court, Suite 400, Lake Mary, FL 32746
First National Bankers Bank, Attn: Joseph F. Quinlan Jr., 7813 Office Park Blvd., Baton Rouge, LA 70809
Wilmington Trust Company, Attn: Rita Ritrovato, CCTS, Rodney Square North, 1100 North Market Street, Wilmington DE 19890-1600
Local Rule 1007-2 Parties in Interest listed on the mailing matrix attached hereto


/s/ Ryan E. Davis
Ryan E. Davis

| | | |
|---|---|---|
| Label Matrix for local noticing | Wilmington Trust Company | End of Label Matrix |
| 113A-6 | Attn Michael Wass | Mailable recipients    1 |
| Case 6:15-bk-05642-CCJ | Rodney Square North | Bypassed recipients    0 |
| Middle District of Florida | 1100 North Market Street | Total    1 |
| Orlando | Wilmington DE 19890-1600 | |
| Fri Aug 14 10:34:15 EDT 2015 | | |