

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/19/2015 09:30 AM

COURTROOM   6D, 6th Floor

### HONORABLE CYNTHIA JACKSON

CASE NUMBER:                                FILING DATE:

**6:15-bk-05642-CCJ**          **11**          **06/29/2015**

**Chapter 11**

**DEBTOR:**          Bankers&#039; Bancorporation of Florida Inc

**DEBTOR ATTY:**  **Peter Haley**

**TRUSTEE:**         **NA**

**HEARING:**

1) Hearing to Consider Approval of Sale
                    Note: Cont'd from 7/9/15
                    Case Management Summary (Doc #14)

**APPEARANCES::**
Ryan Davis: D'or Atty
Elena Escamilla: UST Atty
Peter Haley: D'or Atty
Leah Eisenberg: Wilmington Atty
Leyza Blanco: Wilmington Atty
Ellis Brazeal: FNBB Atty

**RULING:**
1) Hearing to Consider Approval of Sale -   Sale approved: Order by Haley.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.